UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD NORMAN BROWN,<br><br>Petitioner,<br><br>v.<br><br>NATHANJAH BREITENBACH, *et al.*,<br><br>Respondents. | Case No. 3:24-cv-00384-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Donald Norman Brown has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, exhibits, and a motion for appointment of counsel. (ECF Nos. 1-1 ("Petition"), 1-2, 1-3 ("Motion").) Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5.00 fee if he or she submits an *in forma pauperis* ("IFP") application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the 6-month period prior to filing. *See* 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Brown must either pay the $5.00 filing fee or submit an IFP application with the three required documents by October 16, 2024.

It is therefore ordered that the initial screening of Brown's Petition (ECF No. 1-1) under the Rules Governing Section 2254 Cases and consideration of his Motion (ECF No. 1-3) are deferred until such time as he has fully complied with this Order. It is further ordered that on or before October 16, 2024, Brown must file a complete IFP application with the three supporting documents listed above *or* pay the $5.00 filing fee. Brown's

failure to timely comply with this Order will result in the dismissal of the Petition without prejudice and without further advance notice.

It is further ordered that the Clerk of Court send Brown a blank copy of the IFP application form for inmates along with instructions.

DATED THIS 30th Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE